THE STATE, DEFENDANT IN ERROR, v. URIAH S. LEE ET AL., PLAINTIFFS IN ERROR.

Argued November —, 1904—Decided January 20, 1905.

For the plaintiffs in error, *James B. Potter* and *Jonathan W. Acton.*

For the defendant in error, *J. Hampton Fithian* and *Walter H. Bacon.*

PER CURIAM.

The judgment brought up by this writ of error must be affirmed, on the grounds stated in the opinion of Mr. Justice Dixon in the Supreme Court, reported in 41 *Vroom* 368.

*For affirmance*—THE CHANCELLOR, GARRISON, FORT, GARRETSON, PITNEY, REED, BOGERT, VREDENBURGH, VOORHEES, VROOM, GRAY, J.J.    11.

*For reversal*—None.